I H-11.Revised 8/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                     :

   UNITED STATES OF AMERICA      :

              – v –           :

  HAENA PARK           :
_____
                   Defendant   :

-------------------------------------------------- x

U.S. DISTRICT COURT
FILED
JUN 02 2016
U.S.
S.D. OF N.Y.

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # 16 Mag 3503

DOC # 4

      Because the above name defendant has testified under oath or otherwise satisfied this
Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to
waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS
OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case
for the following purpose:

    Check one)     ✓       all proceedings

                                     bail/presentiment only

                                     other (specify)   Julia Gatto

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect
until terminated or a substitute attorney is appointed.

Date    June 2, 2016         s/ Andrew J. Peck
                                      Signature of U.S. Judge or Magistrate Judge
                                      or by order of the Court:

                                         Clerk or Deputy

TO:   **CLERK OF COURT**
       **United States District Court**
       **Southern District of New York**

       Federal Defenders of New York, Inc.
       52 Duane Street, 10th Floor
       New York, New York 10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)